UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DWIGHT B. WALKER, personal
representation of the Estate of
WILLIE MAE WALKER,

      Plaintiff,

-vs-                                        Case No: 1:04-CV-01342-T/TA

GREYHOUND BUS LINES and ARC
INTERNATIONAL CORP. d/b/a TRANS
USA CORPORATION,

      Defendants.

---

## ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

This matter having come before the Court pursuant to Plaintiff's Motion for Order Granting Leave to File Second Amended Complaint, and the court having had benefit of review of supporting Memorandum; and further, that consultation was conducted with counsel for the respective parties pursuant to L.R. 7.2 and there appearing to be no objection or opposition;

NOW, THEREFORE,

IT IS HEREBY ORDERED that Plaintiff be granted leave to file his Second Amended Complaint attached as **Exhibit A** to Plaintiff's Motion for Order Granting Leave to File Second Amended Complaint.

                                                      S. Thomas Anderson USMJ
                                                      U.S. DISTRICT COURT JUDGE

Date: June 22, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01342 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Gary W. Baun
O'BRYAN LAW CENTER, P.C.
401 S. Woodward
Ste. 320
Birmingham, MI 48009

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Honorable James Todd
US DISTRICT COURT