# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT B. WALKER, personal representative of the Estate of WILLIE MAE WALKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 04-1342-T/An |
| GREYHOUND BUS LINES, INC., and ARC INTERNATIONAL CORP. d/b/a TRANS USA CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER DENYING MOTION TO RESET TRIAL DATE AS UNNECESSARY

The parties in this case have filed a joint motion to reset the trial date. The parties also filed a joint motion to consolidate this case with several other related cases, for all pretrial proceedings, and a joint motion to continue the scheduling conference currently set for August 30, 2005.

The joint motion to reset the trial date is DENIED as unnecessary, as no official trial date has been set in this case. The set of instructions regarding the scheduling conference, which is attached to the Notice of Setting, specifically states that the trial date contained therein is "tentative only and may be changed by the scheduling order." The case will not be placed on the Court's trial calendar until a scheduling order is actually issued.

IT IS SO ORDERED.

                                                *James D. Todd*
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

                                                DATE  23 August 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on  8/24/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:04-CV-01342 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Gary W. Baun
O'BRYAN LAW CENTER, P.C.
401 S. Woodward
Ste. 320
Birmingham, MI 48009

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT