IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT B. WALKER, personal representative of the Estate of WILLIE MAE WALKER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.: 04-1342-T-An |
| GREYHOUND BUS LINES, et al., | ) ) | |
| Defendants. | ) | |

### ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Before the Court is a Joint Motion to Continue Case Management Conference set for August 30, 2005 at 10:00 a.m. Because this case is one of seven pending in federal courts arising out of an accident in Jackson, Tennessee on August 6, 2004, the parties have requested that the Scheduling Conference be continued until such time as three of the cases can be transferred to this Court. Therefore, it is Ordered that the August 30, 2005 Scheduling Conference is continued. The Court will reschedule the Scheduling Conference by separate order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 30, 2005

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 8/31/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CV-01342 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Gary W. Baun
O'BRYAN LAW CENTER, P.C.
401 S. Woodward
Ste. 320
Birmingham, MI 48009

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward
Ste. 320
Birmingham, MI 48009

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT